UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADRIENNE J. LAWRENCE,<br><br>                    Plaintiff,<br><br>-against-<br><br>ESPN, INC., MARGARET GREEN, in her individual and professional capacities, DONNA HRICISKO, in her individual and professional capacities, ROBERT GALLO, in his individual and professional capacities, and JOHN OBRINGER, in his individual and professional capacities,<br><br>                    Defendants. | Case No.: 18-CV-00383(SRU)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed in its entirety, with prejudice and without costs to either party, pursuant to the F.R.C.P. 41(a)(1)(A)(ii).

Dated: December 12, 2019

| | |
|---|---|
| **WIGDOR LLP**<br><br>By: _____<br>      Jeanne M. Christensen<br>      Michael J. Willemin<br>      Bryan L. Arbeit<br><br>85 Fifth Avenue<br>New York, New York 10003<br>Tel: (212) 257-6800<br>Fax: (212) 257-6845<br>jchristensen@wigdorlaw.com<br>mwillemin@wigdorlaw.com<br>barbeit@wigdorlaw.com<br><br>*Counsel for Plaintiff* | **PAUL HASTINGS LLP**<br><br>By: _____<br>      Raymond W. Bertrand<br>      Patrick W. Shea<br>      Alex Maturi<br><br>4747 Executive Drive<br>San Diego, CA 92121<br>Tel: (858) 458-3000<br>Fax: (858) 458-3005<br>raymondbertrand@paulhastings.com<br>patrickshea@paulhastings.com<br>alexmaturi@paulhastings.com<br><br>*Counsel for Defendants* |